UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY ANNE LUCENT,<br>　　　Plaintiff | ) <br>) <br>) | CIVIL ACTION NO. 4:19-CV-780 |
| v. | ) <br>) <br>) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant | ) <br>) <br>) | |

### ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's request for the award of benefits, or in the alternative a new administrative hearing is GRANTED as follows:

(1) The final decision of the Commissioner is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final judgment should be issued in favor of Plaintiff Holly Anne Lucent.

(3) The Clerk of Court is directed to CLOSE this case.

Date: May 7, 2020　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge